Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Cypress Administrative Services, LLC** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **20-2029310** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **4 West Red Oak Lane, Suite 201**  **White Plains, NY 10604**  Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Westchester**  County | Location of principal assets, if different from principal place of business  Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Debtor | **Cypress Administrative Services, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **New Louisiana Holdings, LLC** | Relationship | **Affiliate** |
|---|---|---|---|
| District | **Western District of Louisiana** | When **6/25/14** | Case number, if known **14-50756** |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

16-50561 - #1   File 04/25/16   Enter 04/25/16 15:10:48   Main Document   Pg 2 of 14

| Debtor | **Cypress Administrative Services, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49        ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99       ☐ 5001-10,000       ☐ 50,001-100,000
☐ 100-199     ☐ 10,001-25,000     ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

■ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ■ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | **Cypress Administrative Services, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 25, 2016**
                 MM / DD / YYYY

**X**   **/s/ Raymond Mulry**        **Raymond Mulry**
Signature of authorized representative of debtor     Printed name

Title   **Designated Officer**

**18. Signature of attorney**

**X**   **/s/ Patrick J. Neligan, Jr.**     Date   **April 25, 2016**
Signature of attorney for debtor              MM / DD / YYYY

**Patrick J. Neligan, Jr.**
Printed name

**Neligan Foley LLP**
Firm name

**325 N. St. Paul**
**Suite 3600**
**Dallas, TX 75201**
Number, Street, City, State & ZIP Code

Contact phone   **214-840-5300**     Email address   **www.neliganlaw.com**

**14866000**
Bar number and State

# UNANIMOUS WRITTEN CONSENT OF THE MEMBERS
# OF CYPRESS ADMINISTRATIVE SERVICES, LLC

The undersigned, being all of the members (the "Members") of Cypress Administrative Services, LLC (the "Company"), a Delaware limited liability company, do hereby consent to, approve and adopt the following resolutions without a meeting, waive the notice period, if any, required by the Limited Liability Company Agreement of the Company and/or applicable law, and agree that the following resolutions shall have the same force and effect as if unanimously adopted at a duly convened meeting of the Company:

RESOLVED, that in the judgment of the Members it is desirable and in the best interests of the Company, its creditors, and other interested parties that a voluntary petition for relief (the "Petition") be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"); and be it

FURTHER RESOLVED, that the Company shall be, and it hereby is, authorized, directed, and empowered to file the Petition and to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect any of the foregoing; and be it

FURTHER RESOLVED, that James A. Blalock, III and Raymond P. Mulry (the "Designated Officers") are hereby authorized, directed and empowered, on behalf of and in the name of the Company: (i) to execute and verify the Petition and all other ancillary documents to cause the Petition to be filed with the United States Bankruptcy Court for the Western District of Louisiana and to make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents; (ii) to execute, verify, and file or cause to be filed all petitions, schedules, lists, motions, applications, and other papers or documents necessary or desirable in connection with the foregoing; and (iii) to execute and verify any and all documents necessary or appropriate in connection therewith in such form or forms as the Designated Officer(s) may approve; and be it

FURTHER RESOLVED, that the Designated Officers are appointed hereunder because (i) the Company no longer conducts any business activities and has no employees, and (ii) Designated Officers through their involvement with the Company as advisors and service providers during the periods prior to cessation of the Company's operations have knowledge of its operating history and are best suited to represent the interests of the Members in the proceedings that will follow the filing of the Petition; and be it

FURTHER RESOLVED, that the Designated Officers be, and hereby are, authorized, directed and empowered from time to time, in the name and on behalf of the Company, to take such actions and execute and deliver such certificates, instruments, notices and documents as may be required or as the Designated Officer(s) may deem necessary, advisable or proper to carry out and perform the obligations of the Company under the Bankruptcy Code; all such actions to be performed in such manner, and all such certificates, instruments, notices and documents to be executed and delivered in such form, as the Designated Officer

performing or executing the same shall, with the advice of counsel, approve, the performance or execution thereof by such officer to be conclusive evidence of the approval thereof by such officer and by the Company; and be it

FURTHER RESOLVED, that the law firms of Neligan Foley LLP and Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, be and hereby are authorized, empowered, and directed to represent the Company, as debtor and debtor in possession, in connection with any case commenced by or against it under the Bankruptcy Code; and be it

FURTHER RESOLVED, that each of the Designated Officer(s) be, and each hereby is, authorized, directed and empowered to retain on behalf of the Company such other attorneys, financial advisors, and accountants as the Designated Officer(s) so acting shall deem appropriate in its judgment; and be it

FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Officers, they are hereby authorized, directed and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and to execute and deliver all such other instruments, certificates, agreements and documents as he may, with the advice of counsel, consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purpose of the foregoing resolutions; and be it

FURTHER RESOLVED, that all actions heretofore taken by the Designated Officers in connection with the foregoing resolutions be, and hereby are, confirmed, ratified and approved in all respects.

[Signature page follows]

IN WITNESS WHEREOF, the undersigned has caused this Written Consent to be executed by its duly authorized representative as of April 15, 2016.

**MEMBERS:**

**Cypress Health Care Holdings, LLC**

By: *[signature]*
Name: Mitchell Starer
Title: Authorized Representative


**DESC National Trust**

By: _____
Name: Harris Schwartzberg
Title: Trustee

By: _____
Name: Alan Witt
Title: Trustee

3

82728v.1

IN WITNESS WHEREOF, the undersigned has caused this Written Consent to be executed by its duly authorized representative as of April 15, 2016.

**MEMBERS**:

**Cypress Health Care Holdings, LLC**

By: _____
Name: Mitchell Starer
Title: Authorized Representative

**DESC National Trust**

By: _____
Name: Harris Schwartzberg
Title: Trustee

By: _____
Name: Alan Witt
Title: Trustee

3

82728v.1

IN WITNESS WHEREOF, the undersigned has caused this Written Consent to be executed by its duly authorized representative as of April 15, 2016.

**MEMBERS:**

**Cypress Health Care Holdings, LLC**

By: _____
Name: Mitchell Starer
Title: Authorized Representative


**DESC National Trust**

By: _____
Name: Harris Schwartzberg
Title: Trustee

By: */s/ Alan Witt*
Name: Alan Witt
Title: Trustee

3

82728v.1

# United States Bankruptcy Court
## Western District of Louisiana

In re **Cypress Administrative Services, LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cypress Health Care Holdings LLC**<br>**4 West Red Oak Lane, Suite 201**<br>**White Plains, NY 10604** | | 90% | |
| **DESC National Trust**<br>**4 West Red Oak Lane, Suite 201**<br>**White Plains, NY 10604** | | 10% | |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Designated Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April 25, 2016**

Signature **/s/ Raymond Mulry**
**Raymond Mulry**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Louisiana

In re   **Cypress Administrative Services, LLC**                                       Case No.
                                                  Debtor(s)                             Chapter    **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Cypress Administrative Services, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Cypress Health Care Holdings LLC**
**4 West Red Oak Lane, Suite 201**
**White Plains, NY 10604**

**DESC National Trust**
**4 West Red Oak Lane, Suite 201**
**White Plains, NY 10604**

☐ None [*Check if applicable*]

| | |
|---|---|
| **April 25, 2016** | **/s/ Patrick J. Neligan, Jr.** |
| Date | **Patrick J. Neligan, Jr. 14866000** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Cypress Administrative Services, LLC** |
| | **Neligan Foley LLP** |
| | **325 N. St. Paul** |
| | **Suite 3600** |
| | **Dallas, TX 75201** |
| | **214-840-5300 Fax:214-840-5301** |
| | **www.neliganlaw.com** |

# United States Bankruptcy Court
## Western District of Louisiana

In re   **Cypress Administrative Services, LLC**                              Case No.   _____
                              Debtor(s)                                        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Designated Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 25, 2016**            **/s/ Raymond Mulry**
                                      **Raymond Mulry**/**Designated Officer**
                                      Signer/Title

Argus Search
Attn: Jeannene Kurtz
18303 E. Corbin Place
Spokane, WA 99016



CHG Legacy Group & Affiliates
4 West Red Oak Lane, Suite 201
White Plains, NY 10604



Delaware Secretary of State
Division of Corporations
401 Federal Street, Suite 4
Dover, DE 19901



E.M.S. Enterprises, Inc.
c/o Dr. Earl Suttle
920 Renaissance Way
Roswell, GA 30076



Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346



Katherine E. Loper
Edwards & Ragatz, P.A.
501 Riverside Avenue, Suite 601
Jacksonville, FL 32202



Kenneth T. Lumb
Corboy & Demetrio, P.C.
33 North Dearborn St., 21st Fl
Chicago, IL 60602



Promotional Solutions
79 Gazza Blvd.
Farmingdale, NY 11735

RW Block Consulting, Inc.
871 Outer Road, Suite B
Orlando, FL 32814



Secretary of Treasury
United State of America
Washington, DC 20220



U.S. Securities & Exchange Com.
Chicago Regional Office
173 W. Jackson BLVD., Suite 900
Chicago, IL 60604